1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10                          **SOUTHERN DIVISION**
11
12
13
14  Martha L. Diaz                          | **Case No.** 8:23-cv-01531-DOC-DFM
15      Plaintiff,
16
17      v.                                   | **ORDER TO SHOW CAUSE AND**
18  Nationstar Mortgage LLC, *et al.*,       | **TEMPORARY RESTRAINING**
19      Defendants.                          | **ORDER**
20
21
22
23
24
25
26
27
28

# ORDER TO SHOW CAUSE

Upon reviewing Plaintiff's Motion for a Preliminary Injunction (Dkt. 2), the Court finds (1) that this is a proper case for issuance of an order to show cause, and (2) that, unless the Court issues a temporary restraining order, plaintiff will suffer irreparable injury, i.e., the loss of her home, before this matter can be heard on formal notice.

Accordingly, IT IS ORDERED that:

- By **September 5, 2023**, Defendant show cause, in writing, why a preliminary injunction should not issue; and

- The parties appear before the Court on **September 18, 2023 at 8:30 a.m**.

# TEMPORARY RESTRAINING ORDER

Pending the hearing and determination of the Preliminary Injunction, Defendants, and all persons acting in concert or participating with defendants, are hereby restrained and enjoined from engaging in, committing, performing, or conducting, directly or indirectly, any and all of the following acts: Commencing, continuing, maintaining, or conducting any action, including, but not limited to, sale or other foreclosure proceeding, or other proceeding of any kind, relating to Plaintiff's home located at 3318 S. Sheffield Rd., Santa Ana, CA 92704.

IT IS FURTHER ORDERED THAT:

This Order to Show Cause and Temporary Restraining Order and shall be served on the parties by Electronic Case Filing. Proof of such service shall be filed at least 10 court days prior to the hearing.

DATED: August 23, 2023

_David O. Carter_

DAVID O. CARTER

UNITED STATES DISTRICT JUDGE